RECEIVED
IN ALEXANDRIA, LA.
SEP 0 2 2009
TONY R. M_____ CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| KAREN CARLILE | CIVIL ACTION NO. 09-1038 |
|---|---|
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| JACKSON BRACE & LIMB CO. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the motion to dismiss (Doc. # 5), is GRANTED, and plaintiff's claims are ordered dismissed, *without prejudice*.

THUS DONE AND SIGNED, in chambers, in Alexandria, Louisiana, on this __1st__ day of __September__, 2009.

Dee D. Drell
UNITED STATES DISTRICT JUDGE